UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CATERPILLAR FINANCIAL SERVICES CORP.,           :
:
                      Plaintiff,           :       23-CV-4905 (JMF)
:
       -v-           :       <u>ORDER</u>
:
ANDRADE GUTIERREZ ENGENHARIA S.A. et al.,       :
:
                      Defendants.          :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 24, Defendants' earlier motion to dismiss filed at ECF No. 17 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 16, 2024**.  Defendants' reply, if any, is due by **January 23, 2024**.

       The Clerk of Court is directed to terminate ECF No. 17.

       SO ORDERED.

Dated: January 2, 2024
       New York, New York
                                                            JESSE M. FURMAN
                                             United States District Judge